UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RECEIVED  *OTC*
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 3 0 2026

DANIEL J. McCOY, CLERK
BY:_____

**JULIAN DARBY**

**VERSUS**                                              CASE NO.

5:26-cv-1006

**RONPAK, INCORPORATION**

## COMPLAINT and JURY TRIAL DEMAND

Plaintiff, Julian Darby request a Jury Trial on all questions of facts raised by its complaint

of all charges alleged.

## PARTIES

1.    Plaintiff, JULIAN DARBY, 1130 Beverly Street, Bossier City, Louisiana 71112.

2.    Defendant, RONPAK, 1 Nathan Sedley Road, Shreveport, Louisiana 71115.

## JURISDICTION AND VENUE

3.    The employment practices alleged to be unlawful were committed within the jurisdiction of

the United States District Court for the Western District of Louisiana, Shreveport Division

## NATURE OF THE ACTION

4.    JULIAN L. DARBY ("PLAINTIFF") commenced his employment at Ronpak on November

5, 2021 - ended on May 13, 2025, most recently as Quality Control. During my tenure, there were

no documented problems, write-ups or violation of company policies. There were only positive

reviews, evaluations that exceeded expectations or requirement in performance. Plaintiff was well

respected by Supervisors and Co-Workers as a Team Player and Advocate Stakeholder.

## WRONGFUL AND UNLAWFUL TERMINATION

1. **Meeting on April 21, 2025**
   Address and opposed unlawful employment Practices that violates Title VII of Civil Rights Act - and company policies handbook.

2. **May 7, 2025**
   Suspended - Pending Investigation by Ray Kitchens (White) Director of QC

3. **May 13, 2025**
   Termination of Employment by Charlotte Reese (White) Chief Operation Officer and Kristini Amyot (White) Corporate Human Resource Manager **(Hierarchy Decision Makers - Racial Bias)**

Aretha Sabbath (Black) Quality Control Manager.  Plaintiff's Direct Supervisor was not engaged or involved in the proceedings, nor aware of any wrongdoing or violations in which were alleged.    **(Termination was imminent after meeting on April 21, 2025).**

**"It doesn't matter how strong your opinions are, if you don't use your power for positive change, then you are indeed part of the problem".**

**Coretta Scott King**

## CLAIMS

### I.    RACE DISCRIMINATION

On Monday, April 21, 2025 at 2:00 p.m., a meeting was held with Charlotte Reese (Chief Operation Officer) and Angie Sepulvado (Human Resource) White, with other employees on all three shifts discussing issues and concerns about the Shreveport Plant morale and its high turnover.

I addressed and outlined major problems, issues and concerns I had along with so many other Blacks who had talked to me and voiced their concerns, but were afraid to speak up in fear of Charlotte Reese in retaliation of losing their jobs. They spoke about how Blacks are being mistreated unfairly and discriminated against when compared to Whites, Mexicans and Foreign Born Workers.

Mexicans and Foreign Born Workers are paid more in wages and how family member are promoted that doesn't qualify for position just by being White or relative, Mexican or Foreign Born, they are all favored, and treated better and given more pay/position having been employed much less time in compared to Black employees. Blacks are also being punished and terminated for minor infractions or offenses in compared to Non-Blacks.

I addressed these concerns in the meeting to Charlotte Reese (COO/White). I stated that this Plant has some serious problems and they are : Racism, Nepotism, Cronyism, and Favoritism, also National Origin and Internalization Discrimination, which is Race on Race. I continued by saying that this Company is in violation of Title VII Civil Rights Act and Federal Laws under EEOC Regulations and violates company policy to favor certain group of people.

The very next day on Tuesday, April 22, 2025, Ray Washington (Black) Lead Man in Warehouse shook my hand and said, " I have worked here six (6) years and no one has ever told or had the courage to tell them the truth or spoke up like you did, Thanks for speaking up, but be sure and watch your back with Charlotte".

## II.    RETALIATION

### Incident - May 6

#### A.    Nature of the Action - Suspension Pending Investigation

On Tuesday, May 6, 2025, I spoke with Aretha Sabbath (Black) QC Manager to remind her that I had a Police Jury meeting Thursday, May 8, 2025, instead of the Wednesday. Ray Kitchen (White) QC Director was sitting in her office, he never spoke or asked any questions. He never said a word.

On Wednesday, May 7, 2025 at approximately 1:55 p.m., Ray Kitchen came out on the Production floor where I was making my last inspection, he had a very strange look on his face, he

approached me and ask, "What time is your meeting tomorrow?" I kinda pause, because I was surprised, I replied that I will go in at 10:00, He rudely said, "you lied to me and I am suspending you until further notice, he opened up a folder of the Police Jury Agenda. He became very hostile by saying, "you just go clock out". He was waving his hands and talking loud. I responded by saying, "you are wrong and who are you to lie to?, by that time Aretha Sabbath walked in her office and asked what was going on?. I told her this man has just suspended me without probable cause. He said, you just go clock out!. Aretha Sabbath was shocked and surprised and had no knowledge of what was happening. Ray Kitchen walked over to the Administration side to Charlotte Reese's office.

**Note:** **(Pre-Plan Disciplinary Infraction)**

**I was suspended the day before the Police Jury meeting, which missing meetings is the subject of the matter. For Ray Kitchen to question or inquire without any proof or evidence of any wrongdoing. This was Predetermined Termination without Due Process Procedures or Progressive Disciplinary Procedures. Suspended three (3) weeks after alleging and opposing Title VII. (April 21, 2025 meeting)**

B.      **Termination of Employment**

        **(Egregious Racial Retaliation)**

On Tuesday, May 13, 2025, I received a phone call from Charlotte Reese (COO) and Kristini Amyot (HR) to inform me that after completing their investigation results show I had not been in attendance of Police Jury meetings, and therefore, I am being terminated. I told her this is not true and Ray Kitchen's lied. I am 63 years old and I am supporting my granddaughter, who is graduating next week and is going to college, she interrupted by saying "This is a "moot" point, you are terminated - ending your employment". My reply was, "I am going to sue y'all racist ass!". Her next comment was termination for insubordination.

At 2:20 p.m., I texted Charlotte Reese: "This is nothing but retaliation and racial discrimination. Ray Kitchen lied and your investigation is bogus. I had no Due Process and I want an outside arbitrator". There was no response. (Denied)

I wrote a Letter of Appeal and no response. (Suspicious timing - Termination/adverse actions 23 days after April 21st, meeting for opposing and engaging in protective activities. Exercising my Civil Rights under Title VII and First Amendment-Freedom of Speech).

(Racial Bias Decision Makers: Charlotte Reese, Ray Kitchen, Kristini Amyot (All White)

### C.    Conspiracy and Coercion - Preplanned Termination

The termination of my employment  on May 13, 2025, after being employed three and half years (November 5, 2021 - May 13, 2025) was racially motivated in retaliation with malice and recklessness. This was orchestrated and preplanned by Charlotte Reese (COO) in collaboration with Ray Kitchen and Kristini Amyot to do her dirty work. This was conspiracy to terminate my employment. This had nothing to do with the allegations that was claimed. "Missing Police Jury Meetings".

**(Pretext)**

Harsh disciplinary action taken was for the April 21, 2025 meeting in which I alleged Racial Discrimination and Violation of Title VII for opposing unlawful practice and engaging in protected activity.

**(Retaliation and Race Discrimination)**

## Conspiracy

Black Law Dictionary defines "Conspiracy" to retaliate or discriminate in any manner against a person be he opposed a practice declared unlawful by . . . Chapter 3-A of Title 23.

(Titled "Louisiana Employment Discrimination Law)

La. R.S. 51:2256(1), Black's Law Dictionary defines "Conspiracy" as an agreement by two or more person to commit an unlawful act with an intent to achieve the agreement's objective, an action or conduct that furthers the agreement.

A Combination for an Unlawful Purpose

Conspiracy: Hierarchical Administration

      1.    Charlotte Reese (COO) Chief Operation Officer

      2.    Ray Kitchen - QC Director -Florida

      3.    Kristini Amyot - HR Corporate in New Jersey

**(Racial Bias Decision Maker - Blatant Discrimination)**

**D.    Frivolous and Falsified Investigation**

Rush a Retaliatory Investigation into fabricated accusation of wrong doing, despite lack of direct evidence. Was conducted, was Bias, Lack of Transparency - Does not follow proper procedures, racially motivated with no evidence what-so-ever, Subjective Opinions rather than Proof of Facts.

Flawed Investigation

Allegation are Unsubstantiated

Lack of information, inadequate evidence. Employee response to any allegation must be properly considered. Termination was Harsh, Unjust, and Unreasonable, mere assertions without supporting particulars. (**Having racially retaliation motives**)

**LACK OF IMPROPER INVESTIGATION**

Employer failed to conduct a Fair and Objective Investigation.

**UNFAIR PRACTICES:**

A. Did not provide a copy of the Allegation or Evidence;

B. Deprive of Due Process and request for an outside Arbitration;

C. Refuse to allow and present my version of events or call witnesses;

D. Ignored and Dismissed relevant evidence to be presented; and

E. Conduct Investigation solely on the basis of speculation and not facts.

**Racial Bias Investigators**

The investigation was intentionally falsified with mendacious claims by Ray Kitchen and Kristini Amyot in conspiracy and coercion with Charlotte Reese in retaliation from the meeting held on April 21, 2025, where I opposed Unlawful Practice under Title VII of Civil Rights Act of 1964.

There were no sufficient investigation, lacked information, bias and partial that was intentional racially motivated. This investigation was pursued with a motive, frivolous and falsified for a cover up for Charlotte Reese in her retribution and Racial Retaliation.

E. **Three (3) Shifting Inconsistent Explanations for Termination**

1. Missing Meetings;

2. Insubordination;

3.      Attendance - Sign off by Angie Sepulvado
                Shreveport Plant Human Resource

## III.   <u>AGE DISCRIMINATION/RACE DISCRIMINATION</u>

Julian Darby (Age 64 - Black) PLAINTIFF

Employed three  and half years and was treated unequal discriminated because of age in compared to younger employees.

Plaintiff was denied Due Process in Progressive Discipline, Appeal, and Request for an Arbitrator.

1. Verbal warning, 2. Write Up, 3. Suspension, 4. Termination.

**Note:  Suspended and Terminated with no Proof of Evidence**

**No offense or infraction in violation of policy is in my employee file.**

**Denied Appeal to show proof in documents in providing evidence to resolve.**

**(Case in Point)**

Colton Gardner (Younger White Male), Adjuster, was given Due Process and rehired which is in violation of company policy of rehire. He was privilege by Age and Race.  (W.M.P. - White Male Privileges). - Based on Age

Colton Gardner (White) was rehired within two (2) weeks after being terminated. Violated the ninety (90) days Termination for Eligibility to Reapply and Re-hire Rule but approved by Charlotte Reese (COO).

"White Male Privilege **(WMP)** is unearned privilege, one is given for simply being White"
                Mark Rosenkranz

**<u>FAVORITISM AND CRONYISM</u>  - Racial Bias**

**Disparities in Discipline - Based on Race**

The harsh and cruel decision to suspend and terminate my employment without Due Process, False Investigation, having no proof of any wrongdoing was significantly more harsh than younger employees. Grounds for termination was unfounded and unjustified with unfair treatment in Racial Retaliation. (Based on Age and Race)

**<u>AGEISM</u>**

There has been a trend of eliminating older employees, firing, lay off, forcing older employees to replace them with younger or Mexican and Foreign Born Workers. The termination of my employment was part of the Aging trend as well as Charlotte Reese's Black/List or Hit List.

**Age Bias - Discriminatory**

Six (6) Black workers over the age of 60 were either terminated, forced lay-off or retired within ten (10) months of 2025. All were replaced by younger, Mexicans or Foreign Born Workers.

1. Applied different standards of discipline being older than compared to younger workers.

2. Unfair and Unequal Treatment based on Age.

3. Received harsher discipline than younger workers in comparable issues.

4. Unjustly favored that was based on age rather than merit - (Age Discrimination).

**The younger workers were treated more favorable in similar situation.**

**(Suspended vs. Termination and no Due Process)**

## IV.     ADA - AMERICAN WITH DISABILITY ACT

On Monday, March 31, 2025, Plaintiff had a conference Live Stream call with Kristini Amyot (Corporate HR). I submitted a letter requesting changing and modifying sick days and call-in days with a doctor's excuse. This was a reasonable request for accommodation without getting attendance points. That can lead to disciplinary actions and termination. I spoke to her that I told my doctor that I will get a point for calling in sick the first day and even with a doctor's excuse. He said, he had never heard of such policy with someone having a serious medical condition, with Type 2 Diabetes, and under a doctor's care. Kristin Amyot response was, "Your doctor doesn't work for Ronpak".

**Note:** Her remarks were offensive to say the least, nonchalant and dismissive.

I was out sick two (2) weeks having complication with high sugar levels with Type 2 Diabetes (March 18 - 31, 2025). Points were added in my attendance file, which was the third reason for my termination. On Tuesday, May 6, I had just return to work from Covid and having high sugar level. **(Protected Absences)**

**This was in violation of ADA and Retaliation under ADA and Title VII Civil Rights Act of 1964. Denied reasonable accommodations.**

Type 2 Diabetes is considered a disability under ADA (American with Disability Act). It requires and guarantee rights for requesting reasonable accommodation in order to exercise equal access to employment.

**Including:**

1.     Time off to receive medical treatment for complications related to your diabetes.

2.    Modify work schedule for days off or doctor's appointments.

* Under ADA-Rehabilitation Act, it protects workers from wrongful termination, due to their health condition. By this, You cannot be legally fired with Type 2 Diabetes. (Disability)

**Discharged because of Attendant is Pretextual Reason**: covering up and masking Retaliation and Racial Discrimination. This is conspiracy with Charlotte Reese and Ray Kitchen in Retribution in Retaliation for opposing and addressing by alleging unlawful Racial Discrimination Practices under Title VII on Monday, April 21, 2025.

**(Failed to Accommodate under ADA) Type 2 Diabetes is a Disability**

**Note: Angie Sepulvado (HR) in Shreveport Plant was also present in the meeting on March 31, 2025.**

**PROTECTED ABSENCES:**

**Being absent for medical reasons are protected absences. This is protected under Federal Laws ADA with being a Type 2 Diabetic: Attendance is insufficient and unlawful violation of ADA.**

V.    **NATIONAL ORIGIN DISCRIMINATION**

**Blacks v. Mexican and Foreign Born Workers**

1.    The Hiring Process of employing Mexican and Foreign Born Workers is racial discriminatory when compared to how Blacks are hired.

Blacks are hired through a temporary service and Foreign Born Workers are illegally recruited and hired on immediately as permanent Ronpak employees with benefits. Being a relative or affiliated with Plant Manger's wife. (Rosanna Rodriquez)

2.      Blacks hired through a temporary services which require three (3) months or more to be hired on to full time status with benefits.

3.      Blacks are given extensive background checks which sometimes take weeks or months before hired as permanent employment status.

4.      Mexican and Foreign Born Workers has little or no background checks and hired on immediately as Ronpak employees with full benefits.

A.      Suspicious Activities:

Mexican and Foreign Born Workers are paid with regular payroll checks, when it's mandatory that all employees enroll in direct deposit.

Code Switching - name changing to disguise or falsify true identification to cover up or hide legal status being undocumented or illegal. By changing middle name to last name to present to be more English or American. Harboring and recruiting Mexican and Foreign Born Workers from Texas and California, Family or word of mouth instead of locals are believed to be undocumented.

Undocumented immigrants working in the United States without authorization is unlawful and illegal violation of Immigrant Laws.

* **Harboring Illegal Immigrants**

**Criminal Offense under 8 USC 1324 (a)(I)(A)(iii)**

**Fines, Legal Actions, Deportation and Reputational Damages**

5.    **Maintenance Department**: (Cronyism) Racism

Maintenance Department is the most segregated department in the entire Plant with 90% or more White males, but it does require more skills and extensive knowledge to qualify.

A Black male employed eight (8) years was very well qualified. Experienced Adjuster and had extensive skills and Trade Certification, more than qualified to be in the Maintenance Department.

Jose Hernandez (Mexican) had been employed less than a year and was given the position in the Maintenance Department having less experience and tenure with the company.

Black male adjuster was best qualified applicant was denied and discriminated racially limiting him access to higher paying position and career advancement. Maintenance pays the highest hourly wages except for Supervisor or Management.

Jose Hernandez is  best friend with the Production/Adjuster Manager.

**FAVORITISM and CRONYSIM**

He was denied position because of Race and "Buddy System".

**PAY DISPARITY AND PAY DISCRIMINATION**

**(Hispanic Adjusters were paid higher hourly wages)**

| | | |
|---|---|---|
| Anthony Oliver | 14 years | Black Adjuster |
| Jarvis Dewitt | 8 years | Black Adjuster |
| | **vs** | |
| John Villarreal | 2 years | Mexican or Foreign Born |
| Rosanna Rodiquez | 2 years | Mexican or Foreign Born |

Anthony Oliver met with Charlotte Reese (COO) to discuss the issue of pay discrimination that is unfair and unequal.

Denied pay increase because of Race by Charlotte Reese (COO).

Racism and Favoritism - Disparate Discrimination - Violation of Title VII

6. **NATIONAL ORIGIN DISCRIMINATION**

**FORCED TRANSFER - DISCRIMINATORY REASONS**

Greg Moore (White) Plant Manager transferred three (3) Black workers from the Pasaban Line and transferred them to Production without notice or request to be transferred voluntarily, force and was replaced in hiring his wife's relatives. (Sister, Nephew, and Brother-in-law)

Racially discriminated against three (3) Blacks in forced transfer to a less position to replace them with Mexican or Foreign Born Workers.

They were all family members related to Greg Moore's wife, Rosanna Rodriquez (Her sister, nephew and brother-in-law. (1. Jesus' Gaston, 2. Rosa Lee Gaston, and 3. John Villarreal)

John Villarreal was trained as the Operator and was paid more than Black operator.

7. Discriminatory transfer is in violation of Title VII

(Nepotism and National Origin Discrimination - Race)

VI. **RACE ON RACE DISCRIMINATION TITLE VII**

**Internalization Discrimination (Favoritism - Racism)**

Bessie Webber (Black) was promoted to Plant Manager in September 2024. During that time she racially discriminated against Blacks. She bullied, harassed, belittled, and demean with racial

animus, which created a hostile environment. She showed FAVORITISM to Caucasians, Mexicans and Foreign Born Workers. Assigning Blacks to less desirable jobs compared Mexicans and Foreign Born, given more pay and allowed to work overtime and come in early and stay late.

**CASE IN POINT:**

Black Male Operator, 9 year employee- Operator and Trainer.

He spoke with her stating that its not fair that the Hispanics Operators who just been hired less than a year are getting most of the overtime when compared to Blacks, her response was "I allow them to come in early and work overtime because "They work!" and you just mind your business".

This was very offensive and racial derogative language. Also degrading towards Blacks.

A.    **Charlotte Reese - Black List/Hit List (Direct Racial Discrimination)**

Bessie Webber terminated fifteen (15) or more Black employees with years of employment. Most notable fired was Shonda Harris (Black) Adjuster with 14 years, only Black Female Adjuster and Jessie Prelow, 14 years, Ink Tech Supervisor. They both were on Charlotte Reese's Black List/Hit List. A list of Blacks that Charlotte Reese has targeted to be terminated for racial intentional purposes. Bessie Webber carried out the hit and was responsible for both termination of employment.

Bessie Webber was the Plant Manager from Hell for Blacks. Her behavior toward Blacks was like Samuel L. Jackson in the movie "DJango" as the character, "Steven" except she wasn't acting. She displayed racial resentment toward Blacks and Blacks only that created a hostile environment.

Charlotte Reese and the Administration had many complaints about her behavior towards Blacks. She and Greg Moore were the topic of discussion in the meeting that was held on April 21, 2025.

Greg Moore discriminated against Blacks in favor of his wife relative.

* **<u>Mexicans and Foreign Born Operators:</u> 1. Jesus' Bonilla (Kevin Veliz), 2. Leticia Mendez, 3. Nellie Vasquez (Maria Mandoza), 4. Shirley Bustante, and 5. Roddy Sanano.**

**Possible names has been changed to hide identity of status.**

**VII.    <u>SLANDER/DEFAMATION OF CHARACTER</u>**

Charlotte Reese (COO) and Ray Kitchen (QC Director) made false defamatory and malicious statements intentionally to damage - defame my name and reputation personally and publicly.

### <u>Violation of Personal - Confidential Investigation</u>

Ray Kitchen spoke openly to co-workers in unauthorized disclosure and use of private information intentionally to damage my reputation and credibility among my peers and co-workers.

Discussing sensitive details where others could hear the reasons for my suspension for the ongoing investigation, stating that I had lied about missing meeting I was supposed to attend.

Violation of company policy as Authority Figure - Administrator as QC Director revealing my personal files by orally spreading rumors and lies about the result of the investigation and reason for my termination.

**\*Breach of Confidentiality**

False allegations, unethically and unlawful that did harm my name and reputation. Sharing

sensitive information to unauthorized third parties that cause reputational damages. (Louisiana Tort Law 17.02) Slander-Libel

**Systematic Racial Discrimination**

Charlotte Reese (White), Chief Operation Officer directly and personally engaged and violated Federal laws and company policies. She condone racial discrimination and mistreatment of Blacks to be treated unfairly and unequally when compared to relatives and non-Blacks.

Systematic Discrimination with widespread bias within this organization and administration with structured policies and practices that is a disadvantage against Blacks and Blacks only.

**CASE IN POINT:**

Allegations, claims, and facts that was addressed in April 21, 2025 meeting with Charlotte Reese (COO) in which I opposed of discrimination under Title VII and how Blacks were discriminated, treated unfairly and unequal when compared to non-Blacks.

**PATTER OR PRACTICES OF DISCRIMINATION**

Allegations, Claims, and Facts that was presented and addressed to Charlotte Reese on April 21, 2025.

    1.    Violation of Title VII;
    2.    Racism, Nepotism, FAVORITISM, and Cronysism; and
    3.    National Origin Discrimination.

1.    Syrenna Davis v. Connor Scott

Syrenna Davis (Black Female) ten (10) year employed. I met with Charlotte Reese to discuss concerns in terminating Syrenna, being employed for over ten (10) years, model employee with

professional and strong work ethics. She had accumulated the maximum of attendance or tardy points.

I presented a plan to help prevent her from being terminated. (Proxy Point Plan). My request was to consider other options or alternatives such as probation. To lose an experience long- term operator who had been employed over ten (10) years would affect the morale and the send the wrong message throughout the Plant.

Charlotte Reese response was :

"If I do this for her, then I would have to do it for everyone else, but she can reapply for rehire in ninety (90) days after termination date. (Eligibility to Rehire)

Connor Scott (White male) (Charlotte Reese son) - Entitlement Nepotism

Connor Scott had also accumulated and exceeded the limit of attendance points (absences or tardiness) which is same cause for termination. No disciplinary actions were ever applied. He was promoted to Data-New Position, changed shift with pay increase and had been employed less than one (1) year.

Administration HR ignored and deviated from company policy and procedures in favor of Charlotte Reese son. Countless Blacks has been terminated because of attendance and tardy points. Violated Company Policy Handbook, Progressive Disciplinary Procedure (Pages 34-35, LA. HR.F. 39)

Connor Scott was privileged in Favoritism and Nepotism because Charlotte Reese was his mother. Syenna Davis (Black) was terminated for same similar violation. Harsher punishment was applied to Syrenna Davis based on her sex and race.

Disciplined issued was disproportionate and lack uniformity to comply with company polices for engaging in similar infraction conduct.

2.    Colton Gardner (White)- Position-Adjustor, employed four (4) years

Terminated for serious policy violations/infractions

Anthony Oliver (Black) - Position-Adjuster, employed fourteen (14) years

Wrongful and unlawfully terminated. Requested the same privilege to waive the ninety (90) day eligibility as Colton Gardner (White/Adjuster)

Charlotte Reese (White) and Angie Sepulavo (White). Human Resource denied his request to waive the ninety (90) days eligibility and enforce the Rule

Unequal application of company policy applied .

Racial Bias Decision Makers (1)  are racially discriminated and denied same opportunity to re-apply as white counterparts based on their race; (2) Administration (White) violated and deviated company policy in favor of white counterparts, (3) Inequalities embedded in policies and practices that disproportionately discriminate against Blacks based on their race, and (4) Violation under Title VII Civil Rights Act (Racism and Favoristism).

Colton Gardner and Conner Scott were given special privileges which is called W.M.P.
(White Male Privileges).

"Is Unearned Privilege one is given for simply being White"
Mark Rosenkranz

3.    Rosanna Rodriquez v. Riley Woods

**National Origin Discrimination - Nepotism, Racism and Favoritism**

Riley Woods (Black/Temporary Employee) was a victim of aggression and physical behavior

by Rosanna Rodriquez (Hispanic) that cause bodily injury to the back of his leg. He reported to his Supervisor and Human Resource. The incident was investigated and Rosanna Rodriquez was suspended for one (1) day. Riley Woods (Black) was terminated and assignment ended because he was a Temp.

Rosanna Rodriquez was shown favor because she is the wife of Greg Moore (Plant Manager).

Riley Woods (Black) was racially discriminated based on his race and temporary employment status.

Rosanna Rodriquez behavior were grounds for immediate termination - Violence in the Workplace. (Violation of Company Policy - Pg. 32 6.9 LA.HR. F. 39). Her name should have been placed on the D.N.H. List (Do Not Hire List). (Nepotism, Racism, Favoritism)

4.    **National Origin Discrimination**

Blacks v. Non-Blacks, Mexican or Foreign Born Workers

Systematically terminated Blacks for minor infractions for pre-textual reason to replace and recruit Mexican or Foreign Born Workers. (Systematic Recruiting/Replacement)

Plant Manager made a comment to Black employee when questioned about the overtime hours and higher pay wages given to them, being employed and having less experience. Her response was, "they work and just mind your business". (As though Blacks are less productive or indolent).

Discontinued and eliminated work Release Program that employed and trained local trustee inmates in the workforce replaced them with the hiring and recruitment of Mexican or Foreign Born

Workers by word of mouth from Local, Texas and California (unlawful recruiting) Suspicious Activities.

Mexicans or Foreign Born Workers were given preferential treatment in hiring and placement of Black employees that were on Charlotte Reese Black List/Hit List, who were terminated and racially discriminated intentionally.

**Long Term Black employees who were terminated and replaced by Non-Black Intentionally**

1. **Syrenna Davis - Operator - 10 years employed**

2. **Teneisha Hardman - Operator - 10 years employed**

3. **Shonda Harris - Adjuster - 13 years employed**

4. **Jessie Prelow - Manager - 11 years employed**

5. **Travis Hill - Engineer - 3 years employed**

6. **Kevin Bell - Material Handler - 6 years employed**

7. **Ray Washington - Supervisor - 8 years employed**

8. **Derrick Pettaway - Lead Operator - 14 years employed**

9. **Tawanna Gladney - Operator- 10 years employed**

10. **Ronnie Davis - Lead Operator - 14 years employed**

11. **Anthony Oliver - Adjuster- 14 years employed**

This is just a small portion of incidents and nature of actions with company Hierarchal Administration in Pattern and Practices of Racial Discrimination and Violation of Title VII and company policies. Company has normalized unequality, unfair and discriminatory practices toward Blacks. African Americans.

## CONCLUSION

This Company operate more in the form of a "Plantation" than a Plant. Due to years of racial discrimination in the workplace, explicit and blatant by Charlotte Reese and Corporate Hierarchy Administration that is All White have normalized racial discrimination and violates Title VII and EEOC Regulation with no regard of following rules of the Federal, State, or Local Laws in Employment Practices, nor do they comply with Ronpak Handbook. Policies and Procedures.

This Administration does not practice or believe that Blacks should be treated equally and fairly, but are treated much less favorable and racial discriminated in compared to Family, Friends, Whites, Mexican and Foreign Born Workers.

The complaints and allegations that I have alleged are facts and the truth will be proven in EEOC Investigation and Federal Court.

**HAVE I NOW BECOME YOUR ENEMY BY TELLING YOU THE TRUTH** (Galatians 4:16)

**Note:**

**There are nineteen (19) witnesses presently to depose and interview for Complaint and Jury Trial Demand Proceedings.**

## PRETEXT

Pretextual reasons to cover up Retaliation, Race Discrimination, Age, and ADA.

Inconsistent explanation coupled with temporal proximity between protected activity and discharge date.

Three (3) alternatives reasons and explanation that undermine the legitimacy of explanation with mendacious and inconsistency.,

Reason for termination using attendance is egregious and willful act of retaliation in conspiracy by Charlotte Reese in coercion with Ray Kitchen and Kristini Amyot.

Pretextual reasons in Retribution and Retaliation from the meeting held on April 21, 2025 for opposing unlawful discriminatory practices in Violation of Title VII.

**(Termination was Imminent)**

Arbitrary Deprivation:

Charlotte Reese denied and rejected the request for Arbitration, Due Process, Appeal, and Grievance to disregard the presentation of documents to cover up the facts that will prove the reasons for discharge is pretextual.

**Termination was unlawful and illegal.**

**Violation Federal, State, and Company Policies**

## PRAYER FOR RELIEF

A.      Order Defendant to institute and carry out Policies, Practices, and Programs which provide equal employment opportunities for employees who exercise their Federal protected rights to complaint about discrimination and which eradicate the effects of its past Unlawful Employment Practices.

B.      Order Defendant to make whole by providing appropriate back pay and other affirmative and equitable relief necessary to eradicate the effects of the Unlawful Employment Practices, including but not limited to front pay.

C.      Order Defendant to make whole by providing compensation for past and future pecuniary losses resulting from Unlawful Employment Practices, including but not limited to job search expenses and medical expenses.

D.      Order Defendant to make whole by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and humiliation.

E.      Order Defendant to pay punitive damages for its malicious and/or reckless conduct that was enforced by company's Hierarchal Administration

F.      Order Defendant to provide diversity training to its officers, managers and employees regarding discriminatory harassment and retaliation in the workplace.

G.      Compensation to be awarded to Plaintiff on all allege Violations of Discriminatory Acts under Title VII of Civil Rights Act of 1964, and ADA. (Americans with Disabilities Act) and include, Age Discrimination (Liquidated Damages)

## JURY TRIAL DEMAND

Plaintiff, Julian Darby request a Jury Trial on all questions of facts raised by its Complaint of all charges alleged.

1,      Wrongful and Unlawful Termination - Title VII

2.      Racial Discrimination with willful malice or reckless

3.      Unlawful Employment Practices were intentional

4.      Unlawful Employment Practice were done with malice or with reckless indifference to the Federal Protected Rights.

## CLAIMS

1.      Retaliation

2.      Race Discrimination

3.      Age Discrimination

4.      ADA (American with Disability Act)

## AWARD and RECOVERY

Economic and Emotional Damages:

A.      Financial Hardship
B.      Emotional Pain
C.      Suffering and Inconvenience
D.      Loss of Wages
E.      Mental Anguish
F.      Loss of Enjoyment of Life
G.      Humiliation
H.      Reputational Damages
I.      Back Pay
J.      Front Pay
K.      Punitive Damages
L.      Attorney Fees

SUIT SETTLEMENT AWARD AMOUNT:

$8,700,000

8.7 Million Dollars

Dated: March 30, 2026

Respectfully submitted,

JULIAN DARBY
1730 Beverly Street
Bossier City, Louisiana 71112
Telephone: (318) 621-1724
PRO SE